# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houser, Barbara J. | US Bky Ct; No Dst of Tx | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Present Interest Trust |
| 2. Fellow | National Bankruptcy Conference |
| 3. Fellow | American College of Bankruptcy |
| 4. Fellow | American Bar Foundation |
| 5. Fellow | Texas Bar Foundation |
| 6. Master | John C. Ford American Inn of Court |
| 7. Member; Member of Board of Directors and Executive Committe of such Board | American Bankruptcy Institute |
| 8. Member | National Conference of Bankruptcy Judges |
| 9. Member, Executive Board | SMU Dedman College of Law |
| 10. Member of Board of Directors | Federal Judicial Center |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institiue | February 26-28 | Las Vegas, NV | Attend meeting of Executive Committee of Board and attend conference | Transportation, Lodging, and Meals |
| 2. | American College of Bankruptcy | March 15-17 | San Diego, CA | Attend and speak at educational program | Transportation, Lodging, and Meals |
| 3. | American Bankruptcy Institute | April 10-15 | Washington DC | Attend ABI Ex. Comm meeting, Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 4. | State Bar of Texas (Bankruptcy Section) | April 17-19 | Austin, TX | Attend and speak at bench bar conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American Bankrtupcy Institute | May 28-29 | Washington DC | Attend ABI Ex Comm meeting | Transportation, Lodging, and Meals |
| 6. | American Bankruptcy Institute | October 6-7 | Washington DC | Attend ABI special committee meeting | Transportation, Lodging, and Meals |
| 7. | American Bankruptcy Institute | October 27-28 | Washington DC | Attend ABI special committee meeting | Transportation, Lodging, and Meals |
| 8. | National Conference of Bankruptcy Judges | October 31-November 2 | Washington DC | Attend meeting of National Conferene of Bankruptcy Judges and related conference | Partial Lodging and Meals |
| 9. | American Bankruptcy Institute | December 4-7 | Los Angeles, CA | Attend meeting of Executive Committee of Board and speak at bankruptcy conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 3. Wells Fargo (various accounts) | C | Interest | M | T | | | | | |
| 4. Capital One Checking and saving accounts | A | Interest | J | T | | | | | |
| 5. Family Present Interest Trust for Nephew | | None | | | | | | | |
| 6. Wal-Mart Stores, Inc. common stock | A | Dividend | K | T | | | | | |
| 7. Nexity Bank CDs n/k/a Alostar Bank | A | Interest | | | Closed | 02/05/19 | M | | |
| 8. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | C | Interest | M | T | | | | | |
| 9. Am Trust Direct n/k/a New York Community Bank money market | C | Interest | L | T | | | | | |
| 10. Equity Bank CDs n/k/a Triumph Savings Bank n/k/a TBK Bank | A | Interest | | | Closed | 02/11/19 | M | | |
| 11. Salem 5 Savings and Checking accounts | A | Interest | J | T | | | | | |
| 12. Colorado Federal Savings Bank Money Market | A | Interest | J | T | | | | | |
| 13. First National Bank of Omaha Money Market | C | Interest | M | T | | | | | |
| 14. Eloan Bank n/k/ Popular Direct CD | C | Interest | M | T | | | | | |
| 15. Popular Direct Savings | A | Interest | | | Closed | 01/03/19 | J | | |
| 16. SallieMae Bank Money Market | C | Interest | M | T | | | | | |
| 17. GE Capital Retail Bank CD n/k/a Synchrony Bank | B | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. GE Capital Retail Bank High Yield Savings n/k/a Synchrony Bank | B | Interest | K | T | | | | | |
| 19. GE Capital Retail Bank CD n/k/a Synchrony Bank | B | Interest | L | T | | | | | |
| 20. BBVA Compass Bank (various accounts and CD) | B | Interest | | | Closed | 11/08/19 | M | | |
| 21. Brokerage account # 1 (H) | | | | | | | | | |
| 22. Alphabet Inc CL A (Googl) | | None | M | T | | | | | |
| 23. Anheuser-Busch (BUD) common stock | A | Dividend | | | Sold | 04/23/19 | L | C | |
| 24. Automatic Data Processing Inc (ADP) common stock | A | Dividend | L | T | Sold (part) | 02/27/19 | K | D | |
| 25. Berkshire Hatghaway Inc (BRKB) common stock | | None | O | T | | | | | |
| 26. Boeing (BA) common Stock | A | Dividend | L | T | Buy | 09/20/19 | L | | |
| 27. Broadcom Inc (AGO) common stock | A | Dividend | L | T | Buy | 12/09/19 | L | | |
| 28. Costco Wholesale Corp (Cost) | | None | L | T | | | | | |
| 29. Diageo PLC (DEO) common stock | C | Dividend | L | T | Sold (part) | 02/27/19 | K | C | |
| 30. Emerson Electric (EMR) common stock | B | Dividend | K | T | Sold (part) | 12/09/19 | K | D | |
| 31. Hershey (HSY) common stock | B | Dividend | L | T | Sold (part) | 09/20/19 | K | E | |
| 32. ILL Tool Works Inc (ITW) | B | Dividend | L | T | | | | | |
| 33. Johnson & Johnson (JNJ) common stock | C | Dividend | L | T | | | | | |
| 34. Kraft Heinz Co (KHC) common stock | | None | | | Sold | 02/27/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mc Donalds Corp (MCD) common stock | B | Dividend | L | T | Sold<br>(part) | 02/27/19 | K | D | |
| 36. Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 37. Nestle SA (NSRGY) common stock | B | Dividend | L | T | Sold<br>(part) | 09/20/19 | K | D | |
| 38. Pepsico (PEP) common stock | B | Dividend | L | T | Sold<br>(part) | 09/20/19 | K | E | |
| 39. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 40. 3 M (MMM) common stock | B | Dividend | L | T | Sold<br>(part) | 12/09/19 | K | | |
| 41. Union Pacific Corp (UNP) | | None | L | T | | | | | |
| 42. Walt Disney Co Hldg Co (DIS) common stock | A | Dividend | L | T | Sold<br>(part) | 02/27/19 | L | D | |
| 43. Brokerage Account # 2 (H) | | | | | | | | | |
| 44. Berkshire Hathaway CL-B (BRK'B) | | None | K | T | | | | | |
| 45. Conoco Phillips (COP) common stock | A | Dividend | J | T | | | | | |
| 46. Phillips 66 Com (PSX) common stock | A | Dividend | J | T | | | | | |
| 47. MS Liquid Asset Fund (money market account) | A | Interest | J | T | | | | | |
| 48. Brokerage Account # 3 (H) | | | | | | | | | |
| 49. ABBVIE Inc (ABBV) common stock | B | Dividend | K | T | | | | | |
| 50. Altria Group Inc. (MO) common stock | A | Dividend | J | T | | | | | |
| 51. AMN Elec Power Co (AEP) common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Astrazeneca (AZN) common stock | A | Dividend | K | T | | | | | |
| 53. Automatic Data Processing (ADP) common stock | B | Dividend | K | T | | | | | |
| 54. Boeing Company (BA) | A | Dividend | K | T | | | | | |
| 55. Carnival Corp Paired SHS (CCL) common stock | A | Dividend | J | T | | | | | |
| 56. Cisco Systems Inc COM (CSCO) | A | Dividend | K | T | | | | | |
| 57. CME Group Inc (CME) common stock | A | Dividend | K | T | | | | | |
| 58. Coca Cola Co (KO) common stock | A | Dividend | K | T | | | | | |
| 59. Digital Realty TR Inc (DLR) common stock | A | Dividend | K | T | | | | | |
| 60. Dominion Resources Inc New Va (D) common stock | B | Dividend | K | T | | | | | |
| 61. Emerson Elec Co (EMR) | A | Dividend | K | T | | | | | |
| 62. Intel Corp (INTC) common stock | A | Dividend | K | T | | | | | |
| 63. Kimberly Clark (KMB) common stock | A | Dividend | K | T | | | | | |
| 64. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | J | T | | | | | |
| 65. Lockheed Martin Corp | A | Dividend | K | T | | | | | |
| 66. McDonalds Corp (MCD) common stock | A | Dividend | K | T | | | | | |
| 67. Merck and Co Inc SHS (MRK) | B | Dividend | K | T | | | | | |
| 68. Paccar Inc (PCAR) common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 70. Philip Morris Intl Inc (PM) common stock | B | Dividend | K | T | | | | | |
| 71. Procter & Gamble Co common stock | A | Dividend | K | T | | | | | |
| 72. Royal Dutch Shel PIC Spons ADR B (RDSB) common stock | B | Dividend | K | T | | | | | |
| 73. Target Corp (TGT) | A | Dividend | K | T | | | | | |
| 74. Texas Instruments (TXN) | A | Dividend | K | T | | | | | |
| 75. Toronto Dominion Bank (TD) common stock | A | Dividend | K | T | | | | | |
| 76. United Techs Corp (UTX) | A | Dividend | K | T | | | | | |
| 77. Ventas Inc (VTR) common stock | A | Dividend | K | T | | | | | |
| 78. Verizon Comm (VZ) common stock | B | Dividend | K | T | | | | | |
| 79. Vodafone Group PLC SHS (VOD) | A | Dividend | J | T | | | | | |
| 80. IShares MSCI EAFE Index Fund (EFA) | C | Dividend | L | T | | | | | |
| 81. SPDR Series Trust shares (XTL) | A | Dividend | K | T | | | | | |
| 82. Vanguard Small Cap Value ETF (VBR) | B | Dividend | L | T | | | | | |
| 83. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | L | T | | | | | |
| 84. Vanguard Value ETF (VTV) | D | Dividend | M | T | | | | | |
| 85. Vanguard Growth ETF (VUG) | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 87. Brokerage Account # 4 (H) | | | | | | | | | |
| 88. Allianzgi Convertible (NCV) | C | Dividend | K | T | Sold (part) | 05/23/19 | J | | |
| 89. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 90. | | | | | Sold (part) | 10/24/19 | J | | |
| 91. Calamos CV & Hi INCM FD (CHY) | C | Dividend | K | T | Sold (part) | 05/23/19 | J | | |
| 92. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 93. | | | | | Buy (add'l) | 10/24/19 | J | | |
| 94. Calamos Conv Opp Inc (CHI) | C | Dividend | K | T | Sold (part) | 05/23/19 | J | | |
| 95. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 96. | | | | | Buy (add'l) | 10/24/19 | J | | |
| 97. Cornerstone Total Return (CRF) | A | Dividend | | | Sold | 05/23/19 | K | | |
| 98. Eagle Point Credit Co (ECC) | D | Dividend | L | T | Buy (add'l) | 05/23/19 | K | | |
| 99. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 100. | | | | | Buy (add'l) | 10/24/19 | J | | |
| 101. Gamco Global Gold NA (GGN) | D | Dividend | K | T | | | | | |
| 102. Miller/Howard High Income (HIE) | C | Dividend | K | T | Buy | 10/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Nexpoint Strategic (NHF) | B | Dividend | | | Sold | 10/24/19 | K | | |
| 104.  Nuveen Diversified Divid (JDD) | B | Dividend | K | T | Sold<br>(part) | 10/24/19 | J | A | |
| 105.  Nuveen Global High (JGH) | A | Dividend | J | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 106. | | | | | Sold<br>(part) | 08/20/19 | J | | |
| 107. | | | | | Sold<br>(part) | 10/24/19 | J | | |
| 108.  Oxford Lane Cap Corp (OXLC) | B | Dividend | K | T | Buy | 08/20/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 10/24/19 | K | | |
| 110. | | | | | Sold<br>(part) | 10/24/19 | J | | |
| 111.  VOYA Global Equity (IGD) | A | Dividend | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 08/20/19 | K | | |
| 113. | | | | | Sold | 10/24/19 | K | | |
| 114.  Wells Fargo Global (EOD) | B | Dividend | L | T | Buy<br>(add'l) | 05/23/19 | K | | |
| 115. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 116. | | | | | Sold<br>(part) | 10/24/19 | J | A | |
| 117.  Western Asset Global (EHI) | A | Dividend | J | T | Sold<br>(part) | 05/23/19 | J | A | |
| 118. | | | | | Sold<br>(part) | 08/20/19 | K | B | |
| 119. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Western Asset Mtg (DMO) | B | Dividend | J | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 121. | | | | | Sold<br>(part) | 08/20/19 | K | | |
| 122. | | | | | Sold<br>(part) | 10/24/19 | J | | |
| 123.  Brokerage Account # 5 (H) | | | | | | | | | |
| 124.  Goldman Sachs ETF Trust SHS (GSLC) | A | Dividend | | | Sold | 03/12/19 | L | | |
| 125.  First Trust Cloud Computing ETF (SKYY) | A | Dividend | L | T | Buy<br>(add'l) | 03/12/19 | J | | |
| 126. | | | | | Sold<br>(part) | 04/24/19 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 128.  IShares 7-10 Year (IEF) | A | Dividend | K | T | Buy | 10/09/19 | K | | |
| 129.  IShares 20+ Year (TLT) | A | Dividend | K | T | Buy | 10/09/19 | K | | |
| 130.  Ishares Edge MSCI (QUSL) | B | Dividend | L | T | Buy | 04/24/19 | L | | |
| 131. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 132.  Sector SPDR Utilities (XLU) | A | Dividend | J | T | Buy<br>(add'l) | 03/12/19 | J | | |
| 133. | | | | | Sold<br>(part) | 04/24/19 | K | A | |
| 134. | | | | | Sold<br>(part) | 10/09/19 | K | B | |
| 135.  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | Sold<br>(part) | 03/12/19 | K | | |
| 136. | | | | | Buy<br>(add'l) | 04/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/09/19 | K | A | |
| 138. Vaneck Vectors Gold (GDX) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 139. Vaneck Vectors Semi Conductor (SMH) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 140. Vanguard Consumer Staples ETF (VDC) | B | Dividend | K | T | Buy (add'l) | 03/12/19 | J | | |
| 141. | | | | | Sold (part) | 04/24/19 | J | A | |
| 142. | | | | | Sold (part) | 10/09/19 | J | A | |
| 143. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | Sold (part) | 03/12/19 | J | | |
| 144. | | | | | Sold (part) | 04/24/19 | J | A | |
| 145. Vanguard Real Estate ETF (VNQ) | A | Dividend | K | T | Buy | 03/12/19 | K | | |
| 146. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 147. | | | | | Sold (part) | 10/09/19 | J | A | |
| 148. SPDR S&P Aerospace (XAR) | A | Dividend | K | T | Sold (part) | 03/12/19 | K | | |
| 149. | | | | | Sold (part) | 04/24/19 | J | | |
| 150. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 151. SPDR S P Biotech (XBI) | A | Dividend | | | Sold | 03/12/19 | K | A | |
| 152. Healthcare select SPDR (XLV) | A | Dividend | | | Buy (add'l) | 03/12/19 | J | | |
| 153. | | | | | Buy (add'l) | 04/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/09/19 | K | | |
| 155. Consumer Discretionary SPDR (XLY) | A | Dividend | K | T | Sold (part) | 03/12/19 | K | | |
| 156. | | | | | Buy (add'l) | 10/09/19 | K | | |
| 157. Invesco Exchange (SPHD) | | None | | | Buy | 03/12/19 | L | | |
| 158. | | | | | Sold | 04/19/19 | L | A | |
| 159. Ishares 1-3 Year Treasury Bond (SHY) | A | Interest | | | Buy | 03/12/19 | K | | |
| 160. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 161. | | | | | Sold | 10/09/19 | K | A | |
| 162. Brokerage Account # 6 (H) | | | | | | | | | |
| 163. Ishares 20 Year Treasure EFT (TLT) | C | Dividend | M | T | Buy | 08/20/19 | M | | |
| 164. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5 - This trust has no assets.

| Name of Person Reporting | Date of Report |
|---|---|
| **Houser, Barbara J.** | 05/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544